IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00632-WYD

REGINA A. IRELAND,

    Plaintiff,

v.

TA OPERATING CORPORATION,

    Defendant.

## ORDER OF REMAND

THIS MATTER is before the Court on a review of the file.  On March 23, 2009, Defendant filed a Notice of Removal seeking to remove the case to this Court from the District Court of Lincoln County, Colorado, on the basis of diversity jurisdiction.  On March 24, 2009, Defendant filed a Motion to Withdraw Notice of Removal, asserting that strict diversity between the parties may not be present.  The motion requests that the Court remand this case to the District Court of Lincoln County, Colorado.  I find that the Motion to Withdraw Notice of Removal should be granted.  Accordingly, it is

ORDERED that Defendant's Motion to Withdraw Notice of Removal (Doc. # 3) is **GRANTED**.  In accordance therewith, it is

ORDERED that the Clerk of Court shall **REMAND** this case to the District Court, County of Lincoln, State of Colorado.

Dated: March 24, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge